UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Dr. Jay Joshi, et al.
                        Plaintiff,

v.                                         Case No.: 1:18−cv−03630
                                                   Honorable Robert W. Gettleman

CVS Pharmacy, Inc., et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 31, 2018:

      MINUTE entry before the Honorable Robert W. Gettleman: On stipulation [25] defendant's motion [18] for sanctions and to dismiss is withdrawn. On stipulation [24] and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed with prejudice, with each party to bear its own costs and attorneys' fees. Status hearing set for 11/7/2018 is stricken. Civil case terminated. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.